STATE OF MAINE
CUMBERLAND, ss.

STATE OF MAINE
CUMBERLAND, SS
CLERK'S OFFICE

2003 JAN 13 P 1: 18

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. AP-02-036

REC-CUM- 1/13/2003

THOMAS CARBONE and
MEREDITH CARBONE,

    Plaintiffs/Appellants

    v.

HOPE COTE,

    Defendant/Appellee

DECISION ON APPEAL

DONALD L. GARBRECHT
LAW LIBRARY

JAN 21 2003

Plaintiffs Thomas Carbone and Meredith Carbone appeal from the District Court (Small Claims) judgment for the defendant.

Neither party requested a recording of the hearing pursuant to M.R.S.C.P. 6 and therefore no recording was made. The appellants do not contend that the absence of a record of the proceedings in the District Court is for a reason "beyond the control of any party" as that term is used in M.R. Civ. P. 76F(c).

Without a record, this court is unable to review the correctness of the District Court's findings. ". . . [T]he appellant has the burden of providing . . . a sufficient record that allows adequate consideration of his arguments." Tenney v. Benson, 741 A.2d 454 (Me. 1999). They have not met this burden.

Hope A. Cote appeared for oral argument but the appellants, did not appear. Therefore the appeal is dismissed for failure to prosecute.

If the appeal had not been dismissed for failure to prosecute the appeal would have been denied.

Therefore the entry is:

Appeal DISMISSED. Case is remanded to the District Court.

Dated: January 13, 2003

Robert E. Crowley
Justice, Superior Court

Date Filed __07-16-02__ __CUMBERLAND__ Docket No. __AP-02-36__
County

Action __APPEAL FROM DISTRICT COURT__

THOMAS & MEREDITH CARBONE                    HOPE A. COTE

vs.

| Plaintiff's Attorney | Defendant's Attorney |
|---|---|
| THOMAS & MEREDITH CARBONE, PRO-SE<br>2 Brookview Court<br>Scarborough, ME 04074 | HOPE A. COTE<br>18 CEDARBROOK DRIVE<br>SCARBOROUGH ME 04074 |

Date of
Entry